IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                        CRIMINAL NO.  1:14CR89-4
                                 (Judge Keeley)

KHALIL BROWN,

        Defendant.

## ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 601) AND SCHEDULING SENTENCING HEARING

On October 14, 2015, the defendant, Khalil Brown ("Brown"), appeared before United States Magistrate Judge Michael J. Aloi and moved for permission to enter a plea of GUILTY to Count Twenty-Eight of the Indictment. Brown stated that he understood that the magistrate judge is not a United States District Judge, and consented to pleading before the magistrate judge.  This Court had referred the guilty plea to the magistrate judge for the purposes of administering the allocution pursuant to Federal Rule of Criminal Procedure 11, making a finding as to whether the plea was knowingly and voluntarily entered, and recommending to this Court whether the plea should be accepted.

Based upon Brown's statements during the plea hearing and the testimony of Sergeant John Rogers, the magistrate judge found that Brown was competent to enter a plea, that the plea was freely and voluntarily given, that he was aware of the nature of the charge

## ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN
## FELONY CASE (DKT. NO.601) AND SCHEDULING SENTENCING HEARING

against him and the consequences of his plea, and that a factual basis existed for the tendered plea. On October 15, 2015, the magistrate judge entered a Report and Recommendation Concerning Plea of Guilty in Felony Case ("R&R") (dkt. no. 601) finding a factual basis for the plea and recommended that this Court accept Brown's plea of guilty to Count Twenty-Eight of the Indictment.

The magistrate judge also directed the parties to file any written objections to the R&R within fourteen (14) days after service of the R&R. The magistrate judge further directed that failure to file objections would result in a waiver of the right to appeal from a judgment of this Court based on the R&R. The parties did not file any objections to the R&R.

Accordingly, this Court **ADOPTS** the magistrate judge's R&R, **ACCEPTS** Khalil Brown's guilty plea, and **ADJUGES** him **GUILTY** of the crime charged in Count Twenty-Eight of the Indictment.

Pursuant to Fed. R. Crim. P. 11(e)(2) and U.S.S.G. § 6B1.1(c), the Court **DEFERS** acceptance of the proposed plea agreement until it has received and reviewed the presentence report prepared in this matter.

## ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN
## FELONY CASE (DKT. NO.601) AND SCHEDULING SENTENCING HEARING

Pursuant to U.S.S.G. § 6A1 <u>et seq</u>., the Court **ORDERS** as follows:

1.    The Probation Officer shall undertake a presentence investigation of **KHALIL BROWN,** and prepare a presentence report for the Court;

2.    The Government and Brown are to provide their versions of the offense to the probation officer by **November 13, 2015**;

3.    The presentence report is to be disclosed to Brown, defense counsel, and the United States on or before **December 29, 2015**; however, the Probation Officer is not to disclose the sentencing recommendations made pursuant to Fed. R. Crim. P. 32(e)(3);

4.    Counsel may file written objections to the presentence report on or before **January 12, 2016;**

5.    The Office of Probation shall submit the presentence report with addendum to the Court on or before **January 26, 2016**; and

6.    Counsel may file any written sentencing statements and motions for departure from the Sentencing Guidelines, including the

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN
FELONY CASE (DKT. NO.601) AND SCHEDULING SENTENCING HEARING**

factual basis from the statements or motions, on or before

**February 9, 2016.**

The magistrate judge remanded Brown to the custody of the

United States Marshal Service.

The Court will conduct the sentencing hearing for the

defendant on **Wednesday, February 24, 2016** at **10:30 A.M.** at the

**Clarksburg, West Virginia** point of holding court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to

counsel of record, the defendant and all appropriate agencies.

DATED: October 30, 2015

                                        /s/ Irene M. Keeley
                                        IRENE M. KEELEY
                                        UNITED STATES DISTRICT JUDGE